THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
  Federal Building Suite 7516
  300 North Los Angeles Street
  Los Angeles, California
  Tel. 213 894-6117
  FAX: 213 894-7819
  Email: Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY BERNAL,<br> Plaintiff,<br> v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br> Defendant. | EDCV 08-0547 RZ<br><br>**Judgment** |

 The parties' stipulation to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence 4 of 42 U.S.C. § 405(g), and for the entry of judgment for Plaintiff, is hereby approved. Accordingly, It is adjudged that this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand.

 Dated: September 16, 2008

            _____
            RALPH ZAREFSKY
            UNITED STATES MAGISTRATE JUDGE